ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN VALENZUELA | Case No. CV 10-02428 DSF (AN) |
| Petitioner | **JUDGMENT** |
| v. | |
| L. SMALL, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition for Writ of Habeas Corpus by Person in State Custody is dismissed with prejudice.

DATED: June 14, 2010

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE