UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN VALENZUELA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>L. SMALL, Warden,<br><br>　　　　　Respondent. | No. CV 10-02428-DSF (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made.

On November 1, 2013, the Ninth Circuit filed its Memorandum stating: "We VACATE the district court's order dismissing the petition as untimely and REMAND for an evidentiary hearing to determine whether [petitioner Juan] Valenzuela has demonstrated that he is entitled to equitable tolling." Valenzuela v. McEwen, 544 Fed. App'x. 701, 702 (9th Cir. 2013). The Court noted: [W]e are unable to determine whether Valenzuela's counsel was

retained to pursue federal habeas, and whether Valenzuela diligently pursued his rights." Id.

Based on a substantially expanded record, Magistrate Judge Douglas F. McCormick[1] determined that Valenzuela is entitled to equitable tolling from the time he was represented by retained counsel until he filed his state *pro se* habeas petition – January 29, 1999 until December 3, 2007. Magistrate Judge McCormick then considered whether Valenzuela was entitled to either equitable or statutory tolling for all or any portion of the period between December 3, 2007 and the constructive filing of the federal petition on March 28, 2010. He concluded that Valenzuela was entitled to statutory tolling for the period through July 30, 2008. Absent further tolling, petitioner was required to file his federal petition no later than July 30, 2009. For the reasons stated in the Report and Recommendation, however, the Magistrate Judge found that neither statutory tolling nor equitable tolling applied after that date – rendering the petition untimely by nearly eight months.

The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that judgment be entered denying the petition and dismissing this action with prejudice.

Dated: 12/4/15

DALE S. FISCHER
United States District Judge

---

[1] This matter was transferred to Magistrate Judge McCormick on January 29, 2015.