JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN VALENZUELA, | No. CV 10-02428-DSF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| L. SMALL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: 12/4/15

_____
DALE S. FISCHER
United States District Judge