# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN VALENZUELA,<br><br>    Petitioner,<br><br>v.<br><br>L SMALL, Warden,<br><br>    Respondent. | No. CV 10-2428-DSF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Final Report and Recommendation to which objections have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition on the merits and dismissing this action with prejudice.

DATED: June 14, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE