# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUAN VALENZUELA,<br><br>Petitioner,<br><br>v.<br><br>L SMALL, Warden,<br><br>Respondent. | No. CV 10-2428-DSF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 14, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE